UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | CR:407-380 |
| | ) | |
| v. | ) | |
| | ) | |
| **MARK CHARLES LYNN** | ) | |

## FINAL ORDER OF FORFEITURE AND DISTRIBUTION

WHEREAS, on September 23, 2008, this Court entered an Amended Preliminary Order of Forfeiture, ordering Mark Charles Lynn ("the Defendant") to forfeit $106,125.00 in U.S. Currency and a 2002 Lexus, Model SC430, VIN JTHFN48YX20030282;

WHEREAS, in accordance with 21 U.S.C. §853, notice of the forfeiture of $106,125.00 in U.S. Currency and the 2002 Lexus, Model SC430, VIN JTHFN48YX20030282, as well as the requirements for filing a claim to the property, was published on the government website, www.forfeiture.gov, for thirty (30) consecutive days starting on September 26, 2008 and ending on October 26, 2008;

WHEREAS, an Affidavit of Publication was filed on November 14, 2008, evidencing said publication dates;

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the Defendant had an interest in the property that is subject to forfeiture pursuant to 21 U.S.C. §853.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that $106,125.00 in U.S. Currency and a 2002 Lexus, Model SC430, VIN JTHFN48YX20030282 is hereby forfeited to the United States of America pursuant to 21 U.S.C. §853;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of by law;

IT IS FURTHER ORDERED that all expenses of the Department of Justice and the United States Marshals Service related to the seizure and forfeiture of the subject property, namely $106,125.00 in U.S. Currency and a 2002 Lexus, Model SC430, VIN JTHFN48YX20030282, shall be paid from said U.S. Currency. All remaining funds and proceeds shall be deposited by the United States Marshals Service into the Department of Justice Assets Forfeiture Fund, in accordance with 28 U.S.C. §524 ( c); and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED this ____ day of _____, 2008.

HON. B. AVANT EDENFIELD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Prepared by: Karl I. Knoche
Assistant U.S. Attorney
100 Bull Street, Suite 201
Savannah, Ga 31412-8970
(912) 652-4422
U.S. v. Mark Charles Lynn
CR407-380